IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00141-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL ATCHLEY,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a supervised release violation hearing is set for **August 20, 2010 at 9:30 a.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED June 30, 2010.